# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Bacharach, Robert E. | 2. Court or Organization<br><br>Court of Appeals for the 10th Circuit | 3. Date of Report<br><br>05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - full-time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>**to**<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>200 NW 4th Street<br>Room 2421<br>Oklahoma City, OK 73102 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | At Large Director | Federal Bar Association, Oklahoma City Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School - American Constitution Society | October 8 - 9, 2014 | Boston, MA | Presentation | Reimbursement for airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bacharach, Robert E.** | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. VANGUARD VARIABLE ANNUITY | | | | | | | | | |
| 2. - Vanguard Equity Index Portfolio | A | Int./Div. | K | T | | | | | |
| 3. - Vanguard Diversified Value Portfolio | A | Int./Div. | K | T | | | | | |
| 4. - Vanguard Growth Portfolio | A | Int./Div. | K | T | | | | | |
| 5. - Vanguard International Portfolio | A | Int./Div. | L | T | | | | | |
| 6. - Vanguard Mid-Cap Index Portfolio | A | Int./Div. | L | T | | | | | |
| 7. - Vanguard REIT Index Portfolio | A | Int./Div. | K | T | | | | | |
| 8. CHARLES SCHWAB & CO INC Acct #1 | | | | | | | | | |
| 9. - American Funds Europacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 10. - Columbia Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 11. - DFA Internationall Small Cap Portfolio | A | Int./Div. | J | T | | | | | |
| 12. - DFA US Large Company Portfolio | A | Int./Div. | J | T | | | | | |
| 13. - Longleaf Partners Fund | A | Int./Div. | J | T | | | | | |
| 14. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 15. - Weitz Value Fund | A | Int./Div. | K | T | | | | | |
| 16. CHARLES SCHWAB & CO INC Acct #2 | | | | | | | | | |
| 17. - Schwab Money Market Fund | A | Int./Div. | J | T | Buy | 04/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | Sold (part) | 04/16/14 | J | | |
| 19. | - Schwab Fundimental Emerging Markets Large Company Index Fund | A | Int./Div. | J | T | Buy | 04/16/14 | J | | |
| 20. | CHARLES SCHWAB & CO INC Acct #3 | | | | | | | | | |
| 21. | - DFA Emerging Markets Value Portfolio | B | Int./Div. | L | T | | | | | |
| 22. | - DFA International Small Cap Portfolio | A | Int./Div. | K | T | | | | | |
| 23. | - DFA US Large Company Portfolio | A | Int./Div. | K | T | | | | | |
| 24. | - DFA US Small Cap Value Portfolio | A | Int./Div. | M | T | | | | | |
| 25. | - Legg Mason Capital Management Value Trust | A | Int./Div. | J | T | | | | | |
| 26. | - Schwab Fundamental International Large Comp Index Fund | A | Int./Div. | J | T | | | | | |
| 27. | - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 28. | - Selected American Shares Fund | A | Int./Div. | K | T | | | | | |
| 29. | - Vanguard Growth Index Signal | A | Int./Div. | K | T | | | | | |
| 30. | - Weitz Value Fund | A | Int./Div. | K | T | | | | | |
| 31. | CHARLES SCHWAB & CO INC Acct #4 | | | | | | | | | |
| 32. | - DFA International Value Portfolio | C | Int./Div. | L | T | | | | | |
| 33. | - DFA Real Estate Securities Fund | A | Int./Div. | K | T | | | | | |
| 34. | - Dodge & Cox International Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Eaton Vance Floating-Rate Fund | A | Int./Div. | J | T | | | | | |
| 36.   - Invesco Equally Weighted S&P 500 Fund | A | Int./Div. | L | T | | | | | |
| 37.   - Legg Mason Capital Mangement Value Trust | A | Int./Div. | K | T | | | | | |
| 38.   - Loomis Sayles Bond Fund | B | Int./Div. | K | T | | | | | |
| 39.   - Longleaf Partners Fund | A | Int./Div. | K | T | | | | | |
| 40.   - Merger Investor Fund | A | Int./Div. | J | | Buy | 11/26/14 | J | | |
| 41.   - Pimco Total Return Fund | A | Int./Div. | | | Sold (part) | 09/16/14 | J | | |
| 42. | | | | | Sold | 09/26/14 | J | | |
| 43.   - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 44.   - Selected American Shares Fund | A | Int./Div. | K | T | | | | | |
| 45.   -Vanguard Growth Index Signal | A | Int./Div. | L | T | | | | | |
| 46.  CHARLES SCHWAB & CO INC Acct #5 | A | | | | | | | | |
| 47.   - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 48.   - DFA International Value Portfolio | A | Int./Div. | K | T | | | | | |
| 49.  CHARLES SCHWAB & CO INC Acct #6 | | | | | | | | | |
| 50.   - DFA International Small Cap Portfolio | A | Int./Div. | K | T | | | | | |
| 51.   - DFA International Value Portfolio | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - DFA Tax Managed US Marketwide Value Portfolio | B | Int./Div. | L | T | | | | | |
| 53. - DFA US Large Company Portfolio | A | Int./Div. | K | T | | | | | |
| 54. - DFA US Small Cap Value Portfolio | A | Int./Div. | L | T | | | | | |
| 55. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 56. - Vanguard Mid-Cap Value Index Fund | A | Int./Div. | K | T | | | | | |
| 57. - Vanguard Growth Index Signal Fund | A | Int./Div. | K | T | | | | | |
| 58. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Bacharach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544